**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Nathan A. SILLA, Defendant–**
**Appellant.**

No. 13–6776.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 22, 2013.

Decided: Aug. 27, 2013.

---

* For the purpose of this appeal, we assume that the date appearing on the notice of appeal is the earliest date it could have been properly delivered to prison officials for mailing to the court. Fed. R.App. P. 4(c); *Houston v. Lack,* 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988).

Nathan A. Silla, Appellant Pro Se. Christen Anne Sproule, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

Before MOTZ, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nathan A. Silla appeals the district court's order denying his post-judgment motion for the preparation of various transcripts at Government expense. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Silla's informal brief does not challenge the basis for the district court's disposition, Silla has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*